Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 26, 2023

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WINSTON BURT, <br><br> Defendant. | No. **CR23-066 JHC** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Sex Trafficking of an Adult Female (AF1) by Force, Fraud, and Coercion)**

Beginning in or about 2021, and continuing until on or about November 5, 2022, in King County, within the Western District of Washington, and elsewhere, WINSTON BURT did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, an adult female, AF1, knowing and with reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AF1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

Indictment - 1
*United States v. Burt*
USAO No. 2022R01275

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Transportation of an Adult Female (AF1) for the Purpose of Prostitution Through Coercion and Enticement)

In or about October 2022, in King County, within the Western District of Washington, and elsewhere, WINSTON BURT did knowingly persuade, induce, entice, and coerce an adult female, AF1, to travel in interstate commerce, specifically, from the State of California to the State of Washington, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about October 27, 2022, in King County, within the Western District of Washington, WINSTON BURT, knowing he had been convicted of the following crime punishable by imprisonment for a term exceeding one year: *Pandering*, in cause number 16CR-057098, in the Superior Court of San Bernardino, California, on or about August 15, 2017, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a FN 5.7mm pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

### (Unlawful Possession of a Firearm)

On or about November 6, 2022, in King County,, within the Western District of Washington, WINSTON BURT, knowing he had been convicted of the following crime punishable by imprisonment for a term exceeding one year: *Pandering*, in cause number 16CR-057098, in the Superior Court of San Bernardino, California, on or about August 15, 2017, did knowingly possess, in and affecting interstate and foreign commerce, a

Indictment - 2
*United States v. Burt*
USAO No. 2022R01275

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

firearm, that is, a Glock 27 .40 caliber handgun bearing serial number ACWD881, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture.

Upon conviction of the offense charged in Count 1, WINSTON BURT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property that constitutes or is derived from proceeds of the offense, as well as any property involved in, used, or intended to be used to commit or facilitate commission of the offense. Such property includes, but is not limited to, a judgment for a sum of money in the amount of proceeds WINSTON BURT obtained as a result of the offense as well as the following property seized from WINSTON BURT's person, residence, and vehicle:

 a. $20,090.00 in United States currency;
 b. $724.00 in United States currency;
 c. $3,350.00 in United States currency;
 d. $500.00 in United States currency;
 e. one Audemars Piguet watch encrusted with diamonds;
 f. one 14k white gold necklace encrusted with 1,616 round brilliant diamonds;
 g. one 14k white gold ring encrusted with 339 round brilliant diamonds;
 h. one FN 5.7mm pistol and any associated ammunition; and
 i. one Glock 27 .40 caliber handgun bearing serial number ACWD881 and any associated ammunition.

Upon conviction of the offense charged in Count 2, WINSTON BURT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a) any property that constitutes or is derived from proceeds of the offense, as well as any

Indictment - 3
United States v. Burt
USAO No. 2022R01275

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

property used or intended to be used to commit or facilitate the offense. Such property includes, but is not limited to, a judgment for a sum of money in the amount of proceeds WINSTON BURT obtained as a result of the offense as well as the following property seized from WINSTON BURT's person, residence, and vehicle:

   a. $20,090.00 in United States currency;
   b. $724.00 in United States currency;
   c. $3,350.00 in United States currency;
   d. $500.00 in United States currency;
   e. one Audemars Piguet watch encrusted with diamonds;
   f. one 14k white gold necklace encrusted with 1,616 round brilliant diamonds;
   g. one 14k white gold ring encrusted with 339 round brilliant diamonds;
   h. one FN 5.7mm pistol and any associated ammunition; and
   i. one Glock 27 .40 caliber handgun bearing serial number ACWD881 and any associated ammunition.

Upon conviction of either offense charged in Counts 3 and 4, WINSTON BURT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition involved in the offense. Such property includes, but is not limited to:

   a. one 14k white gold ring encrusted with 339 round brilliant diamonds;
   b. one FN 5.7mm pistol and any associated ammunition; and
   c. one Glock 27 .40 caliber handgun bearing serial number ACWD881 and any associated ammunition.

//
//

Indictment - 4
United States v. Burt
USAO No. 2022R01275

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or,
    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 4/26/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CATHERINE L. CRISHAM
Assistant United States Attorney

Indictment - 5
*United States v. Burt*
USAO No. 2022R01275

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970