UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WINSTON BURT,<br><br>　　　　　　　　Defendant. | Case No. CR23-66 JHC<br><br>DETENTION ORDER |

Mr. Burt is charged with Sex Trafficking of an Adult Female (AF1) by Force, Fraud, and Coercion, 18 U.S.C. §§ 1591(a)(1), 1591(b)(1); Transportation of an Adult Female (AF1) for the Purpose of Prostitution Through Coercion and Enticement, 18 U.S.C. §§ 2422(a) and 2; and two counts of Unlawful Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The Court held a detention hearing on May 9, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as set forth in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Burt stipulated to detention.

3. Mr. Burt poses a risk of nonappearance due to a history of supervision

DETENTION ORDER - 1

noncompliance. Additionally, he was not interviewed by Pretrial Services so his background and ties to this district are unknown.

4. Mr. Burt poses a risk of danger due to the nature of the instant offense and pattern of similar criminal history.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Burt's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Burt as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Burt shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Burt shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Burt is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Burt, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 9th day of May, 2023.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3