The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br><br>        v.<br><br>WINSTON BURT,<br><br>        Defendant. | NO. CR23-066 JHC<br><br>**ORDER** |

THE COURT has considered defense's unopposed motion to continue the trial date and

pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in

this case would deny counsel for the defendants the reasonable time necessary for effective

preparation due to counsels' need for more time to review the evidence, consider possible

defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §

3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a

miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER - 1

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of July 10, 2023, and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering counsels' schedules and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to February 26, 2024, and that pretrial motions shall be filed no later than January 17, 2024.

DATED this 20th day of June, 2023.

John H. Chun
United States District Judge

Presented by:

/s/ Peter Mazzone
PETER MAZZONE
Attorney for Winston Burt

CATHERINE CRISHAM
Assistant United States Attorney

ORDER - 2