

22-1-00944-2 SEA

Burt_W 1060







22-1-00944-2 SEA

Burt_W 1077



22-1-00944-2 SEA

Burt_W  1080







22-1-00944-2 SEA

Burt_W  0943



22-1-00944-2 SEA                                                                                                                                     Burt_W  0944