UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON BURT,<br><br>Defendant. | NO. CR23-066-JHC<br><br>ORDER SEALING EXHIBIT |

Having read the Government's Motion to Seal, Dkt. # 62, and because of the sensitive information contained within Exhibit 1 to the Government's Restitution Memorandum,

It is hereby ORDERED that Exhibit 1 to the Government's Restitution Memorandum shall remain sealed.

DATED this 19th day of May, 2025.

*(signature)*
JOHN H. CHUN
United States District Judge

*UNITED STATES v. BURT*/ORDER TO SEAL
CR23-066-JHC - 1