UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-066-JHC |
| Plaintiff, | |
| v. | |
| WINSTON BURT, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property, (the "Subject Property"), which has been preliminarily forfeited by Defendant Winston Burt:

      a.    $24,164.00 in United States currency, seized on or about December 1, 2022, from 6010 North 32nd Ave., Phoenix, Arizona;

      b.    $48,100.00 in United States currency seized from Defendant on or about April 26, 2023; and

      c.    One Glock 27 .40 caliber handgun bearing serial number ACWD881 and any associated ammunition (the "Glock 27").

Dkt. # 71.  The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1.      On March 3, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 1591(d), finding the Glock 27 forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in the Subject Property, Dkt. No. 53;

2.      The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), Dkt. No. 60, and provided or attempted to provide direct notice to six potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), and Supplemental Rule G(4)(b)(iii)–(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims, *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ("Baer Decl.") ¶ 2, Exhibits A–F;

3.      The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them. Notices sent to two potential claimants were successfully delivered. Baer Decl., ¶¶ 2(b), 2(f), Exhibits B and F. All other notices sent to potential claimants were returned to sender. *Id.* ¶¶ 2(a), 2(c)-(e), 3, Exhibits A, C–E. The United States has no other current contact information for the potential claimants. *Id.*, ¶¶ 2-3; and

4.      The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.     The United States Department of Justice, the Federal Bureau of
Investigation, and/or their representatives, are authorized to dispose of the Subject
Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 4th day of August, 2025.


JOHN H. CHUN
UNITED STATES DISTRICT JUDGE