UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>WINSTON BURT,<br>Defendant. | NO. 23-CR-66-JHC<br><br>ORDER EXTENDING TIME TO FILE RESPONSE TO DEFENDANT'S PRO SE MOTION FOR RETURN OF PROPERTY |

For good cause shown, the Court GRANTS the United States' request to extend the filing deadline for its answer to Defendant Winston Burt's Motion for Return of Property. Dkt. # 78. The answer is due September 2, 2026.

SO ORDERED

DATED this 8th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE