UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>WINSTON BURT,<br>Defendant. | NO. 23-cr-066-JHC<br><br>ORDER |

Before the Court is Defendant's motion for return of property. Dkt. # 77. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. For the reasons set forth in the Government's response (Dkt. # 79)—primarily, because the property has been forfeited—the Court DENIES the motion.

DATED this 9th day of September, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge