UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>WINSTON BURT,<br>Defendant. | NO. 23-cr-066-JHC<br><br>ORDER TO SEAL EXHIBIT |

Having read the Government's Motion to Seal (Dkt. # 80) and because of the sensitive information contained in Exhibit A to the Government's Declaration of AUSA Catherine L. Crisham in Support of United States' Response to Defendant's *Pro Se* Motion for Return of Property,

It is hereby ORDERED that Exhibit A shall remain sealed.

Dated this 14th day of September, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge